The People of the State of New York, Respondent, v. Hiram Cole, Appellant.— Judgment of conviction affirmed. All concurred.

Birt Smith, Plaintiff, v. John L. Smith, Respondent, and Lyman C. Smith, Appellant.— Appeal transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Kruse, P. J., not sitting.

Birt Smith, Plaintiff, v. John L. Smith, Respondent, and Lyman C. Smith, Appellant. Birt Smith, Plaintiff, v. John L. Smith, Appellant, and Lyman C. Smith, Respondent. Birt Smith, Plaintiff, v. John L. Smith, Respondent, and Lyman C. Smith and Others, Appellants.— In each case appeal transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Kruse, P. J., not sitting.

The People of the State of New York ex rel. The Lake Shore and Michigan Southern Railway Company, Appellant, v. Edward J. Brown and Others, as Assessors of the Town of Evans, Respondents. (No. 1, 1912.) The People of the State of New York ex rel. The Lake Shore and Michigan Southern Railway Company, Appellant, v. Edward J. Brown and Others, as Assessors of the Town of Evans, Respondents. (No. 2, 1913.)— In each case judgment and order affirmed, with costs. All concurred.

Beatrice Brading, Respondent, v. Rochester Theater Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Herbert G. Candee, Respondent, v. George F. Roth, as Receiver of American Fruit Product Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, 1. That upon the issue as to the length of time of employment the verdict of the jury is against the weight of the evidence. 2. That upon the issue of accord and satisfaction the verdict is contrary to the evidence. All concurred; Foote, J., not sitting.

Thomas E. Hogan, Doing Business under the Name of J. F. Heintz, Appellant, v. Western Union Telegraph Company and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Eva E. Dean, Respondent, v. The Village of Phœnix, Appellant.— Judgment and order affirmed, with costs. All concurred.

Harry S. Mockford, Respondent, v. Martin V. Teetor, Appellant.— Judgment and order affirmed, with costs. All concurred.

Orrigen B. Herrick, Respondent, v. Wilbert L. Smith and Another, as Executors, etc., Appellants.— Judgment affirmed, with costs. All concurred, except Merrell, J., who dissented.

Anna Todjowski, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.